# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| United States of America </br> v. </br> </br> Braulio Velazquez </br> Miguel Valencia, </br>    aka Sergios Flores, aka Rico | ) </br> )   Case No. 6:09-1168 </br> ) </br> ) </br> ) </br> ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 20, 2009, in the county of Greenville in the District of South Carolina, the defendants violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841 | Possession with intent to distribute cocaine, a Schedule II controlled substance |
| 21 U.S.C. § 846 | Conspiracy to possess with intent to distribute cocaine, a Schedule II controlled substance |

This criminal complaint is based on these facts: *See attached affidavit.*

■ Continued on the attached sheet.

_____
*Complainant's signature*

Randy L. Smith,
Special Agent, Drug Enforcement Administration
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   November 3, 2009

_____
*Judge's signature*

City and state: Greenville, South Carolina      William M. Catoe, U.S. Magistrate Judge
*Printed name and title*